HOUSING AUTHORITY OF THE CITY OF DALLAS V.
DAVID C. McCORD, JR.

No. A-2929. Decided January 3, 1951.
Rehearing overruled February 21, 1951.
(236 S. W., 2d Series, 115.)

*H. P. Kucera,* City Attorney, *H. L. Nichols,* Assistant City Attorney, and *Scurry, Scurry & Pace,* all of Dallas, for petitioner.

*Coe & McCord, Ungerman, Hill & Ungerman, Aubrey J. Roberts, Coke & Coke,* and *Walter B. Brannan,* all of Dallas, and *Chas. W. Duke,* of San Antonio, for respondent.

PER CURIAM:

The application for writ of error is refused, no reversible error, but without thereby affirming the holding of the Court of Civil Appeals on the Constitutional Question decided in the last paragraph of its opinion.

(For opinion of Court of Civil Appeals see McCord v. Housing Authority, 234 S. W. 2d 108.)